# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02922-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JAMES HARMON,

    Plaintiff,

v.

GOV. SEAN PARNELL,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, James Harmon, is a prisoner who currently is incarcerated at the Hudson Correctional Center in Hudson, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Prisoner Complaint, and a letter.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    _X_    is missing certified copy of prisoner's trust fund statement for the 6-month

|     |     | period **immediately** preceding this filing (certified account statement submitted is too old and not certified) |
| --- | --- | --- |
| (4) | __ | is missing certificate showing current balance in prison account |
| (5) | __ | is missing required financial information |
| (6) | __ | is missing an original signature by the prisoner |
| (7) | __ | is not on proper form (must use the court's current form for filing prisoner complaints) |
| (8) | X | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | __ | other: Motion is only necessary if $350.00 filing fee is not paid in advance. |

**Complaint, Petition or Application**:
|      |     |     |
| ---- | --- | --- |
| (11) | __  | is not submitted |
| (12) | __  | is not on proper form (must use the court's current form) |
| (13) | __  | is missing an original signature by the prisoner |
| (14) | __  | is missing page nos. __ |
| (15) | __  | uses et al. instead of listing all parties in caption |
| (16) | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __  | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __  | names in caption do not match names in text |
| (19) | X   | other: Name in caption does not match names in § 1915 motion and affidavit. |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in curing the designated deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the action will be dismissed without further notice.

DATED:  November 9, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge